UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
FEB 1 2008
2-1-2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Albert Winfrey
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08 cv 712
08C 0712

vs.    Case No: _____
       (To be supplied by the Clerk of this Court)

Connie Jones; Derrick Fairchild;
Chris Wakefield; Anthony Quinn;
Alice Sherrod; Gary Quinn;
Del-Mar Cleaners, John and/or Jane Doe;
Hank's Cleaners, John and/or Jane Doe

08CV712
JUDGE BUCKLO
MAGISTRATE JUDGE DENLOW

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

  X   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
      U.S. Code (state, county, or municipal defendants)

  ___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code (federal defendants)

  ___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Albert Winfrey

   B. Date of Birth: 3-5-53

   C. List all aliases: None

   D. Prisoner identification number: 112063

   E. Place of present confinement: Lake County Jail

   F. Address: P.O. Box 38, Waukegan, Illinois 60079-0038

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Connie Jones

   Title: Home Owner

   Place of Employment: I don't know; 1832 Ridgeland Ave., Waukegan, IL 60085

   B. Defendant: Derrick Fairchild

   Title: I don't know

   Place of Employment: 1832 Ridgeland Ave., Waukegan, IL 60085

   C. Defendant: Chris Wakefield

   Title: President Primerica

   Place of Employment: 1125 Foster Avenue, Lake Bluff, IL 60044

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

D. Defendant: Anthony Quinn
Title: Probation Officer
Place of Employment: Lake County Adult Probation Office, 215 West Water Street, Waukegan, IL 60085

E. Defendant: Alice Sherrod
Title: Director of Transportation
Place of Employment: North Chicago High School, 1717 17th Street, North Chicago, IL 60064

F. Defendant: Gary Quinn
Title: Pastor
Place of Employment: Huntsville, Alabama

G. Defendant: John And/or Jane Doe
Title: Proprietor
Place of Employment: Del-Mar Cleaners, 2308 W. Washington Street, Waukegan, IL 60085
847-662-3761

H. Defendant: John And/or Jane Doe
Title: Proprietor
Place of Employment: Hank's Cleaners, 2219 Martin Luther King Jr Drive, North Chicago, IL 60064

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *I don't know*

B. Approximate date of filing lawsuit: *I don't know*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *I don't Remember*

D. List all defendants: *I don't Remember*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *I don't know*

F. Name of judge to whom case was assigned: *I don't Remember*

G. Basic claim made: *I don't Remember*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *I don't Remember*

I. Approximate date of disposition: *I don't know/Remember*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. I, Albert Winfrey Resided At 959 N. Elmwood Avenue, Waukegan, IL 60085 of which my mother, Marie Winfrey owned. I was instructed to reside there by my mother's instructions. My clothes and property were there. I was arrested by the Waukegan Police And my mother had become ill because my sister had called the police on me, lied on me and had me arrested. This upset my mother, she became ill and had to go to the nursing home. Chris Wakefield sold this home but only removed half of my clothing and property (I had over one hundred thousand ($100,000.00) dollars in clothing and property), and Chris only removed half and left the other half in the house. Chris Wakefield never removed my furniture (over $39,000.00 in furniture and $6,000.00 still remains on my Credit Bureau Report file) And my Antique vehicle given to me by my mother, 1972 Buick Electra 225 four (4) Door (valued over $20,000.00). The half of my clothing and property that Chris Wakefield did remove from the house he placed in storage at U-haul located at 1735 North Lewis Avenue, Waukegan, IL 60085. Chris Wakefield took the 1972 Buick Electra 225 And Chris Wakefield, Anthony Quinn, Connie Jones and Derrick Fairchild had it towed to Anthony Quinn's home At 228 Jackson Avenue, Waukegan

4

Revised 5/2007

Illinois 60085 and placed in Anthony Quinn's back yard of his home. This subjects Albert Winfrey to cruel and inhumane punishment, theft of his property and clothing, as well his vehicle. This is a constitutional violation and to obtain control and deprive the owner being Albert Winfrey permanently of the use or benefit of the property. This is a constitutional violation.

2. On May 2, 2006 Albert Winfrey was arrested at the 959 north Elmwood Avenue, Waukegan, IL 60085 address and Connie Jones led the police there. After the Waukegan police arrested Albert Winfrey and took him away from the house, Connie Jones led Derrick Fairchild into the house and they took what they wanted out of the house. They took shoes, clothing, furniture and what they did not take, they invited their friends and associates over to get whatever they wanted and desired. This is theft and cruel and inhumane treatment. This was to obtain control and deprive the owner being Albert Winfrey permanently of the use or benefit of the property. This is a constitutional violation.

3. During the period of May 2, 2006 to January 25, 2007 Albert Winfrey was confined in the Lake County Jail. He was released on a furlough to attend his mother's funeral on January 25, 2007 and this is when he discovered his property and clothing missing, the house had been sold and his remaining clothing and property

5

Revised 9/2007

had been moved to U-Haul by Chris Wakefield. Albert Winfrey did not give/grant permission for this action and had not known about it before now. Therefore Chris Wakefield is responsible. This action was to obtain control and deprive the owner being Albert Winfrey permanently of the use or benefit of the property. This is a constitutional violation.

4. Albert Winfrey on January 26, 2007 after the funeral of his mother went over his brother Anthony Quinn's home at 228 South Jackson Street, Waukegan, IL 60085 and was sitting in Anthony Quinn's living room talking to Anthony Quinn and Anthony Quinn's wife Pat. Albert Winfrey stated, "Where is my car, 1982 Buick Electra 225 four (4) door" and Anthony Quinn said "it is right out that window in the back yard." Albert Winfrey wrote letters to find a buyer for it so he could sell the car to make bond. Anthony Quinn came to see Albert Winfrey at the jail and told him, "You can't sell the Buick because Connie (Jones) and her boyfriend came and got the car out of my back yard and they gave it away." Albert stated, "They could not have went in your back yard without your permission, otherwise that is criminal trespassing and theft. Anthony Quinn said "Well the car is gone." Albert Winfrey states it was not there's to get rid of and this theft. Anthony Quinn visited Albert Winfrey during July, 2007 and November, 2007. This is theft and the

Action was to obtain control and deprive the owner being Albert Winfrey permanently of the use or benefit of the property, being a 1972 Buick Electra 225 four (4) door vehicle. This is a constitutional violation.

5. During the period of July 2, 2006 to January 25, 2007 while Albert Winfrey was confined in the Lake County Jail Corey Quinn went into the house at 959 North Elmwood Avenue, Waukegan, Illinois 60085 and took Albert Winfrey's clothing, shoes, Minstreal Robes, Leather coats, suits and jewelry. These things valued over Twenty-Five ($25,000.00) Thousand Dollars were stolen, to obtain control and deprive the owner being Albert Winfrey permanently of the use or benefit of the property. This is a constitutional violation.

6. During the period of July 16, 2007 to December 1, 2007 Alice Sherrod took clothing, shoes and property that belonged to Albert Winfrey. This is theft and the action was to obtain control and deprive the owner being Albert Winfrey permanently of the use or benefit of the property being clothing valued over Ten Thousand ($10,000.00) Dollars. This is a constitutional violation.

IV. Statement of Claim (continued):

7. Albert Winfrey put some clothing into the Del Mar Cleaners to be cleaned. Approximately twenty-five hundred ($2500.00) Dollars worth of clothing into the Del Mar Cleaners to be cleaned. He sent his Daughter to pick up such clothing and got the clothing out of the cleaners and the cleaners did not have the clothing any longer. The Del Mar Cleaners must have given the clothing to someone not authorized by Albert Winfrey to get the cleaning out as Albert Winfrey did not give anyone permission to pick up his cleaning otherwise. The proprietor of the cleaner's is responsible.

8. Albert Winfrey put some clothing into the Hank's Cleaners to be cleaned. Approximately thirty-five hundred ($3500.00) Dollars worth of clothing into the Hank's Cleaners, 2219 MLK Jr. Drive, North Chicago, IL 60064 to be cleaned. He sent his Daughter to get the cleaning out of the cleaners and the cleaners did not have the clothing any longer. The Hank's Cleaners must have given the clothing to someone not authorized by Albert Winfrey to get the cleaning out as Albert Winfrey did not give anyone permission to pick up his cleaning otherwise. The proprietor of the cleaner's is responsible.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. That court order each defendant to award to Plaintiff Albert Winfrey one hundred thousand ($100,000.00) in compensatory damages.
2. That court order each defendant to award to Plaintiff Albert Winfrey one hundred and fifty thousand ($150,000.00) in punitive damages.
3. That court order defendants to pay all court costs, witness fees, investigation fees, attorney fees, all postage that Plaintiff may accrue and whatever else Plaintiff may have to pay for regarding this action.
4. That court order defendants to pay whatever else the court may deem necessary to pay or close that Plaintiff's attorney may request the defendants to do.
5. That court appoint counsel to represent the Plaintiff Albert Winfrey in this matter and issue.
6. That court order defendants to pay all taxes on all monetary awards/refunds to the Plaintiff Albert Winfrey.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

7. That whatever court may deem otherwise is necessary and just.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27 day of November, 20 07

*Albert Winfrey*
(Signature of plaintiff or plaintiffs)

Albert Winfrey
(Print name)

L12063
(I.D. Number)

P.O. Box 38
Waupun, WI 60038
(Address)

6

Revised 5/2007

State of Illinois ) ss:

IN The Circuit Court of The Nineteenth
Judicial Circuit, Lake County, Illinois
Probate Division

Estate of Marie Winfrey, )   No. 07P348
Deceased )
)

Writ of Habeas Corpus Ad Testificandum

Now comes Albert Winfrey in prose movant and moves this honorable court to bring him before this court on or about the 10th day of January, 2008 at the designated time this matter and issue of 07P348 is coming to be heard. Albert Winfrey has the right to be in court when this matter and issue is heard. Albert Winfrey states the following in support of this Writ of Habeas Corpus Ad Testificandum:

1. I, Albert Winfrey am the son of Marie Winfrey.
2. I, Albert Winfrey am entitled to whatever Marie Winfrey left me in her will and I am not contesting that said inheritance.
3. I, Albert Winfrey did reside at 959 N. Elmwood Avenue, Waukegan, Illinois 60085 as instructed and directed by Marie Winfrey to do so and she owned this home. By residing there I had my clothing, property, furniture and automobiles there.
   A. I had over Fifty-Thousand ($50,000.00) Dollars in clothing and property there.
   B. I had over Ten-Thousand ($10,000.00) Dollars in realty over Fifty-Thousand ($50,000.00) Dollars in furniture there.
   C. I had a 1972 Buick Electra 225 Four (4) Door valued over Twenty-five Thousand ($25,000.00) Dollars there. This 1972 Buick

Electra 225 was given away within the last ninety (90) days.

The total value was over one hundred and twenty-five thousand ($125,000.00) Dollars.

4. I, Albert Winfrey was confined in the Lake County Jail and never knew these things were missing until my mother, Marie Winfrey expired on January 21, 2007. I was granted a furlough on January 24 or 25, 2007. And when I came home on furlough, Mr. Chris Wakefield informed me that the house I resided in was sold. This was the first time I had heard about this.

I asked Chris Wakefield where were my clothes, property, furniture and vehicles? He informed me some were at my mother's home, some were in U-Haul storage at 1735 Lewis Avenue, Waukegan, IL 60085. I went through the clothes, property, furniture and vehicles. I informed Chris Wakefield what was missing. I went through everything and made a list of all that was missing. I gave this list to Chris Wakefield, Alice Sherrod and I kept a list of the things, etc. Chris Wakefield informed me that in the U-Haul storage the things I may be missing, may be in there, but they were not. I never authorized Chris Wakefield to move any of my belongings. I never gave permission for anyone to move my property.

5. On July 16, 2007 I was rearrested and Chris Wakefield had put my things in the U-Haul storage. Chris Wakefield never reimbursed me for the things that were lost/missing/stolen such as my clothing, property, shoes and vehicles. Chris Wakefield told me that he was going to talk to the rest of the family then reimburse me for

the property, shoes and clothing I had missing. This was before July 16, 2007.

6. Chris Wakefield had put the 1972 Buick Electra 225 in Mr. Anthony Quinn's back yard. Then after July 16, 2007 Anthony Quinn, Connie Jones, and Derrick Fairchild got rid of the 1972 Buick Electra 225.

7. After July 16, 2007 Anthony Quinn came and visit Albert Winfrey at the Lake County Jail and informed Albert Winfrey we got rid of your car. Albert Winfrey asked Anthony Quinn "Who is we? Who got rid of my car?" Anthony Quinn stated "Connie (Jones), her boyfriend Derrick Fairchild and me, we got rid of your car at Hi-way Auto Sales."

8. I, Albert Winfrey Am missing, have lost or it has been stolen over one-Hundred And Twenty-Five ($125,000.00) Thousand Dollars by the people involved in this Estate of Marie Winfrey.
   Chris Wakefield is the Executor over the Estate and he is Responsible for the Estate.

9. Chris Wakefield was over the property/home at 959 McKinwood Ave. Waukegan, Il and thus is Responsible for the clothing, shoes, furniture, and property As well vehicle that Albert Winfrey has lost. Albert Winfrey Never gave permission for anyone to touch or move his property. Therefore no one should have touched or moved his property. Now that it is gone Albert Winfrey should be compensated for the lost by this Estate of Marie Winfrey or by Chris Wakefield whichever the court deems just and proper.

10. Albert Winfrey went to the Waukegan Police Department and they informed Albert Winfrey that he could not press charges but must take the matter to civil court, to be compensated or reimbursed of his lost.

11. Albert Winfrey is not contesting the will at all.

12. Albert Winfrey should be brought before this court on the date of the hearing on the matter and issue of 07P348.

    WHEREFORE IT IS prayed that this Honorable court will grant this Writ of Habeas Corpus Ad Testificandum and bring Albert Winfrey before this Honorable court on January 10, 2008 when this matter and issue comes on to be heard.

State of Illinois )  
County of Lake ) ss,

Respectfully submitted,

*Albert Winfrey*  
Albert Winfrey

Signed before me on _____

_____ (seal)

Notary Public