F I L E D

FEB 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) *Albert Winfrey*

v.

Defendant(s) *Chris Wakefield, Connie Jones,*

08CV712
JUDGE BUCKLO
MAGISTRATE JUDGE DENLOW

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, *Albert Winfrey*, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: *I have written several attorneys and copies of the envelopes addressed to them and some of the reply letters I have received are attached.*

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   *Albert Winfrey*
   Movant's Signature

   *P.O. Box 38*
   Street Address

   *11-27-07*
   Date

   *Waukegan, IL 60079*
   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

USA 41

Lofgreen Richards
566 West Adams St.
Suite 750
Chicago, IL 60661

Albert Winfrey
P.O. Box 38
Waukegan, IL 60079

USA 41

Jon Loevy
312 N. May Street
Suite 100
Chicago, IL 60607

Albert Winfrey
P.O. Box 38
Waukegan, IL 60079

Markim Perkins
Professor Criminal Justice Dept.
Chicago State University
9501 S. King Drive
Suite MW # 338
Chicago, IL 60628-1598

Albert Winfrey
P.O. Box 38
Waukegan, IL 60079

William D. Klink
218 N. Jefferson St.
Suite 401
Chicago, IL 60661

Jeffrey Haas
1180 N. Milwaukee Avenue
Chicago, IL 60622

Charles Locker
5901 N. Cicero Ave.
Suite 101
Chicago, IL 60646

Albert Murphy
P.O. Box 38
Chicago, IL 60079

Frederick Mossa
150 N. Wacker
Suite 1750
Chgo, IL 60606

111 W. Washington St.
Suite 1521
Chicago, IL 60602

Cortney Schiff
900 West Jackson Blvd.
Suite 6E
Chgo, IL 60607



Richard Ruby
c/o Roosevelt University
430 South Michigan Ave.
Chgo, IL 60605