# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 712 | **DATE** | 3/5/08 |
| **CASE TITLE** | Albert Winfrey (L-12063) v. Connie Jones, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file *in forma pauperis* [3] is denied pursuant to 28 U.S.C. § 1915(g) and the action is summarily dismissed for failure of Plaintiff to advise the Court that three of his previous cases have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. Having brought this action, Plaintiff nevertheless remains obligated to pay the full filing fee of $350. Before pursuing any future litigation, Plaintiff must pay any outstanding fees. The Clerk is directed to send a copy of this order to the trust fund officer at Lake County Jail.

■ [For further details see text below.]      Docketing to mail notices.

## STATEMENT

     Plaintiff, Albert Winfrey, an inmate at Cook County Jail, has brought this *pro se* action and seeks leave to proceed *in forma pauperis*. The motion must be denied because Plaintiff has accumulated three "strikes."

     The Prison Litigation Reform Act of 1995 (PLRA), enacted on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

     At least three of Plaintiff's previous actions have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Winfrey v. Lesza,* 83 C 3409 (N.D.Ill. dismissed May 20, 1983); *Winfrey v. Lesza,* 83 C 3408 (N.D.Ill. dismissed May 20, 1983); *Winfrey v. Lang,* 94 C 234 (E.D.Wis. dismissed March 24, 1994). In fact, the Court previously advised Plaintiff that he had "stuck out." *See Winfrey v. Del Re*, 00 C 63 (N.D. Ill.) (Castillo, J.) (Plaintiff advised in order of Feb. 1, 2000, that he had accumulated three strikes). Plaintiff has sought leave to proceed *in forma pauperis* without disclosing his 1915(g) status to the Court. Consequently, Plaintiff's effective "fraud" on the Court must "lead to immediate termination of the suit." *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999). This action is accordingly dismissed with prejudice.

     However, having brought this action, Plaintiff remains obligated to pay the full filing fee of $350. *See* 28 U.S.C. §1915(b)(1); *Sloan*, 181 F.3d at 859. Before pursuing any future litigation, Plaintiff must pay any outstanding fees. *Id.*

| | Courtroom Deputy Initials: | CLH |
|---|---|---|