# United States District Court
## Northern District of Illinois
### Eastern Division

Winfrey                  **JUDGMENT IN A CIVIL CASE**

       v.                  Case Number: 08 C 712

Jones, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to 28 U.S.C. § 1915(g) and the action is summarily dismissed for failure of Plaintiff to advise the Court that three of his previous cases have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted.

                                             Michael W. Dobbins, Clerk of Court

Date: 3/5/2008                         _____
                                               /s/ Mathew P. John, Deputy Clerk